JOHN A. DORAN, *as Treasurer of Sedgwick County, et al.,* v. HENRY SCHWEITER.

ACTION by *Schweiter* against *Doran,* as county treasurer, and others, for an injunction to restrain the collection of a tax for street improvements. On a judgment granting the writ, defendants bring error.

*A. J. Myatt, W. E. Stanley,* and *Hallowell & Hallowell,* for plaintiffs in error.

*T. B. Wall,* and *J. M. Humphrey,* for defendant in error.

*Per Curiam:* Upon the authority of *Doran v. Barnes,* just decided, the judgment of the district court of Sedgwick county will be reversed, and the cause remanded with direction to render judgment upon the agreed statement of facts in favor of the defendants below, plaintiffs in error here, against the plaintiff below, defendant in error here.